IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| CHRISTINA TAYLOR, | * |
| Plaintiff, | * |
| v. | * |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | *   No. 3:14CV00056-JJV |
| Defendants. | * |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1